FILED
U.S. DISTRICT COURT
2000 APR -3 A 10: 47
LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTHA BRADLEY                                CIVIL ACTION

versus                                        NO. 00-0410

VINSON GUARD                                  SECTION "S" (1)


**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 USC 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

_2/22/00_          _[signature]_                _[signature] 3/27/00_
Date               Plaintiff(s)                  Defendant(s)

DATE OF ENTRY

APR 0 3 2000

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. 3