

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 7, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTHA BRADLEY | CIVIL ACTION |
| VERSUS | NO: 00-0410 |
| VINSON GUARD | SECTION: "S"(1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   MOTION TO DISMISS TITLE VII CLAIM PURSUANT TO RULE 12(B)(6)

**MOOT**

      Vinson Guard Service, Inc. ("Vinson"), the defendant, moved to dismiss the Title VII claim of the plaintiff, Martha Bradley ("Bradley") for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Vinson contends that Bradley's complaint fails to show (1) membership in a protected class, (2) the date of the alleged misconduct, and (3) the section of

DATE OF ENTRY
JUN 0 8 2000



Title VII under which she is proceeding. Bradley filed a first supplemental and amended complaint (Rec. doc. 5) after the motion to dismiss was filed. In the amended complaint Bradley identifies herself as an African American, shows that the events giving rise to her claim arose on or about September, 1999, and that she is seeking relief under 42 U.S.C. §2000e-3(a).

Inasmuch as the amended complaint of Bradley responds to each of the issues raised by Vinson in its motion to dismiss, it is ordered that the motion of Vinson is DENIED as moot and Vinson shall answer the Bradley complaint as amended within twenty (20) days.

> SALLY SHUSHAN
> United States Magistrate Judge