MINUTE ENTRY
SHUSHAN, M.J.
JUNE 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTHA BRADLEY                                        CIVIL ACTION

VERSUS                                                NO. 00-0410

VINSON GUARD                                          SECTION "S" (1)

A preliminary telephone conference is **SCHEDULED** in this matter on **Monday, July 10, 2000 at 9:00 A.M.** before Magistrate Judge Sally Shushan, 501 Magazine St., Hale Boggs Building, Room B-345, New Orleans, Louisiana. The purpose of this conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties are to contact the undersigned magistrate judge's chambers at (504) 589-7620 to provide a telephone number where they can be contacted.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 3 0 2000