

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**AUGUST 24, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARTHA BRADLEY | CIVIL ACTION |
| versus | NUMBER 00-0410 |
| VINSON GUARD | SECTION "S" (1) |

      The parties have advised that they have settled this matter. Therefore, it is ordered that the settlement conference scheduled before the undersigned Magistrate Judge on Friday, August 25, 2000 is Canceled.

      It is further ordered that the pretrial conference and trial dates, December 7, 2000 at 2:00 p.m. and January 8, 2001 respectively, are Canceled.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 2 4 2000

Fee _____
Process _____
X Dktd 10
CtRmDep _____
Doc.No. 10