

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTHA BRADLEY            CIVIL ACTION

versus                           NUMBER   00-0410

VINSON GUARD             SECTION "S" (1)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within thirty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

DATE OF ENTRY
AUG 2 4 2000

The parties and counsel are thanked for their cooperation in amicably resolving this matter.

New Orleans, Louisiana, this 24 day of August, 2000.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE