

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTHA BRADLEY | CIVIL ACTION |
| | NO: 00-0410 |
| VERSUS | SECTION. "S" MAG. "1" |
| | JUDGE LEMMON |
| VINSON GUARD | MAG. JUDGE SHUSHAN |

### FINAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel comes plaintiff, Martha Bradley and moves this Honorable Court to dismiss the above numbered and entitled cause in it's entirety, with prejudice.

J. Courtney Wilson
Bar Roll # 13561
210 Baronne Street
New Orleans, La 70112
(504) 525-4361
Attorney for Plaintiff

DATE OF ENTRY
AUG 2 8 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTHA BRADLEY                                CIVIL ACTION

                                              NO: 00-0410

VERSUS                                        SECTION. "S" MAG. "1"

                                              JUDGE LEMMON
VINSON GUARD                                  MAG. JUDGE
                                              SHUSHAN

## ORDER

Considering the above and foregoing Final Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause be and is hereby dismissed in it's entirety, with prejudice.

New Orleans, Louisiana, this 26 day of August, 2000

UNITED STATES ~~DISTRICT~~ JUDGE
                    magistrate